```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| SOUTHEASTERN HOSPITALITY PARTNERS, D/B/A COMFORT SUITES | CIVIL ACTION |
| VERSUS | NO. 22-3771 |
| INDEPENDENT SPECIALTY INSURANCE COMPANY | SECTION "B"(4) |

## ORDER AND REASONS

Considering Alvendia Kelly Demarest, LLC and Burgos and Associates' motion to withdraw counsel of record (Rec. Doc. 7),

**IT IS ORDERED** that the motion is **GRANTED**. The motion and attachment (Rec. Docs. 7, 7-1) aver that plaintiff apparently found new counsel, who have not yet enrolled. Accordingly, counsel from Alvendia, Kelly & Demarest, LLC and Burgos & Associates are hereby **WITHDRAWN** as counsel of record for plaintiff Southeastern Hospitality Partners D/B/A Comfort Suites in the above-captioned matter.

**IT IS FURTHER ORDERED** that plaintiff shall enroll new counsel **no later than Monday, December 12, 2022**. It is well-established that a Limited Liability Company, such as the plaintiff in the above-captioned matter, must be represented by counsel: "Because a LLC is a separate entity, a member that is not a licensed attorney may not represent the LLC in court." *Am. Safety LLC v. Alger*, No. CV 20-3451, 2021 WL 1753808, at *2 (E.D. La. May 4, 2021); *see also K.M.A., Inc. v. General Motors Acceptance Corp.,* 652 F.2d

1

398, 399 (5th Cir.1982) ("the law is clear that a corporation as a fictional legal person can only be represented by licensed counsel."). **Failure to timely comply with this order may lead to sanctions without further notice; including dismissal of petition or defenses.**

New Orleans, Louisiana this 28th day of November, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE